■■■ STEPHEN J. CORGAN, Respondent, v THE DIMARCO GROUP, LLC, et al., Appellants. (Appeal No. 1.) [893 NYS2d 909]— Appeal from an order of the Supreme Court, Monroe County

(Kenneth R. Fisher, J.), entered August 5, 2008 in a breach of contract action. The order, inter alia, determined that plaintiff is entitled to damages upon the lease of certain real property following a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Scudder, P.J., Fahey, Lindley and Green, JJ.